UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVISTA S.à.r.l and INVISTA TEXTILES (U.K.), LTD.,<br>       Petitioners,<br>- against -<br>CHEM-TANKERS, C.V. MAARSSEN; ALEXIS NICHOLS; and CAPTAIN THOMAS F. FOX,<br>       Respondents. | **CERTIFICATE OF SERVICE BY EMAIL**<br><br>07 CV 6782 (NRB) |

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On July 31, 2007, I served by Email true and complete copies of the executed Order to Show Cause dated July 30, 2007, Petition and Memorandum of Law, dated July 27, 2007 to the following arbitrators and attorney for Respondent at their indicated office addresses:

To:  Southhold Maritime Services Corp.
   P.O. Box 76
   Southhold, New York 11971-0076
   Attn:  Captain Thomas F. Fox
   tomfoxsmsc@aol.com

   Mr. Alexis Nichols
   25 Hutchinson Avenue
   Scarsdale, New York 10583
   AlexisNichols@aol.com

   Lennon, Murphy & Lennon, LLC
   The GrayBar Building
   420 Lexington Avenue, Suite 300
   New York, New York 10170
   Attn:  Patrick F. Lennon, Esq.
   pfl@lenmur.com

I spoke with the above individuals who confirmed receipt.

Dated: August 2, 2007
      New York, New York

                                                      _____
                                                      James M. Textor