```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INVISTA S.à.r.l. and INVISTA TEXTILES
(U.K.), LTD.,
                                                    O R D E R
                        Petitioner,
                                                    07 Civ. 6782 (NRB)
        - against -

CHEM-TANKERS, C.V. MAARSSEN; ALEXIS
NICHOLS and CAPTAIN THOMAS F. FOX,

                        Respondents.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** the petition in this case sought the appointment of a third arbitrator by the Court because the two party appointed arbitrators could not agree upon a third arbitrator, and

   **WHEREAS** a conference was held with on August 9, 2007 at which both the petitioner and respondent were represented by counsel and at which both sides agreed that the Court should appoint a third arbitrator, it is now

   **ORDERED** that Robert J. Anello, Esq., a member of the firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, is appointed to serve as the third arbitrator in the dispute between the petitioner and the respondents.


Dated:   New York, New York
         September 18, 2007

                                    /s/ Naomi Reice Buchwald
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

James M. Textor, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, NY 10006

Patrick F. Lennon, Esq.
2425 Post Road
Southport, CT 06890

Robert J. Anello, Esq.
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017