8789/JMT
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
Attorneys for Plaintiffs INVISTA S. à r.l.
And INVISTA TEXTILES (U.K.) LTD.



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

INVISTA S.à r.l and INVISTA
TEXTILES (U.K.), LTD.

    Petitioners,

- against -

CHEM-TANKERS, C.V. MAARSSEN

    Respondent.

07 Civ. 6782 (NRB)

STIPULATION OF VOLUNTARY
DISMISSAL AND ORDER

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Petitioners, INVISTA S.à r.l. and INVISTA TEXTILES (U.K.) LTD. and Respondent CHEM-TANKERS C.V., MAARSSEN, hereby stipulate, as follows:

1. No party to this action is an infant or incompetent person.

2. The cargo contamination claim for $393,237.84 asserted by Petitioners against Respondent, has been settled.

3. The demurrage claim for $15,144.79 asserted by Respondent against Petitioners, has been settled.

4. The parties have advised the arbitrators that the arbitration proceedings are dismissed with prejudice.

5. Petitioners' and Respondent's respective claims are dismissed with prejudice and without costs or attorney's fees to any party as against any other party.

Dated: ~~October~~ November 8, 2007
New York, New York

CICHANOWICZ CALLAN KEANE,
VENGROW & TEXTOR, LLP
*Attorneys for Petitioners*
INVISTA S.à r.l. and
INVISTA TEXTILES (U.K.) LTD.

By: /s/ James M. Textor
James M. Textor (JMT/5121)
61 Broadway, Suite. 3000
New York, NY 10006
(212) 344-7042
jimtex@cckvt.com

LENNON, MURPHY & LENNON, LLC.
*Attorneys for Respondent*
CHEM-TANKERS C.V., MAARSSEN

By: /s/ Patrick F. Lennon
Patrick F. Lennon (PL-2162)
The Graybar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
(212) 490-6050
Pfl@lenmur.com

SO ORDERED

/s/ Naomi Reice Buchwald
Naomi Reice Buchwald
United States District Judge

Dated: ~~October~~ November 13, 2007